November 13, 1975.

Butler, Appellant, *v*. Philadelphia.

Argued September 9, 1975. *David Kanner,* for appellant; *Louis F. Hinman, III,* Assistant City Solicitor, with him *James M. Penny, Jr.,* Assistant City Solicitor, *Raymond Kitty,* Deputy City Solicitor, *Stephen Arinson,* Chief Deputy City Solicitor, and *Sheldon L. Albert,* City Solicitor, for appellee.

Order affirmed.

Cheltenham Bank *v*. Del-Val Investments, Inc. DeRugeriis, et ux. Appeal.

Argued September 9, 1975. *Dante W. Renzulli, Jr.,* with him *Anthony L. V. Picciotti,* for appellants; *Harry C. Barbin,* with him *Barbin, Lauffer & O'Connell,* for appellee.

Order affirmed.